UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:12-00075 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| JOSE SOLIS ACOSTA | ) | |
| a/k/a ADRIAN GONZALEZ ORTEGA | ) | |
| a/k/a ALEJANDRO, | ) | |
| JOSE EDUARDO RAMIREZ-RICO | ) | |
| a/k/a JUAN ALVAREZ GARCIA, and | ) | |
| ALBERTO RUIZ a/k/a GORDO | ) | |

ORDER

Upon a showing of the co-defendants arrest, the Order is set aside and this motion to [Reconsider] is GRANTED.

[signature] 7-11-13

## MOTION TO RECONSIDER

Comes the United States of America, and for the following reasons, moves the Court to reconsider and rescind its order entered July 5, 2012 (DE 60) granting defendant Ramirez's Motion to Sever Co-Defendants.

On April 25, 2013, Jose Eduardo Ramirez Rico filed a motion requesting that he be severed from co-defendant Albert Ruiz (DE 45). Defendant Ramirez's motion was based on the fact that, although he and co-defendant Jose Solis Acosta were in custody and indicted, no trial date had ever been set because a third defendant, Alberto Ruiz, had never been arrested.

In response to defendant Ramirez's motion, and pursuant to the court's instruction at a status conference held on March 22, 2013 (DE 43), on April 25, 2013, the United States filed a Motion to Set Trial Date (DE 46). In that motion the government moved the Court to set the case for trial on August 6, 2013, and that if defendant Ruiz had not been arrested, then the government would move to sever him, so that trial could proceed as to defendants Acosta and Ramirez.