UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12 - 00075 |
| | ) | JUDGE HAYNES |
| ALBERTO RUIZ (Deft. #3) | ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

Defendant Alberto Ruiz moves for a change of plea hearing. Defendant Ruiz and the Government have entered into a plea agreement to resolve this case and Defendant would like to change his plea.

*[Handwritten note: This motion is granted. The hearing is set for December 2, 2013 at 3:00 pm. /s/ [Judge signature] 11/18/13]*

Respectfully submitted,

**Jones Hawkins & Farmer, PLC**

s/Jonathan P. Farmer
Jonathan P. Farmer
150 Fourth Ave. North, Suite 1820
Nashville, TN 37219
(P) 615-726-0050
(F) 615-726-5177
jfarmer@joneshawkinsfarmer.com

*Counsel for Alberto Ruiz*

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Hal McDonough**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

*s/ Jonathan P. Farmer*
Jonathan P. Farmer