UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES,<br>Plaintiff<br><br>vs<br><br>JOSE SOLIS ACOSTA,<br>Defendant | Case No. 3:12-00075-1<br><br>Hon. Haynes |
|---|---|

MOTION TO CONTINUE SENTENCING HEARING

Defendant respectfully requests a continuance of his sentencing hearing presently scheduled for February 28, 2014 (D.E. 97). The first version of the Presentence Report has been translated and sent to the defendant for consideration of objections but Defendant has not yet responded. Some preliminary objections have already been sent to Probation but it will take additional time to translate and send to the defendant and to discuss any addendums to the PSR. Counsel will be out of town from Thursday, February 20 through Sunday, February 23 and will have insufficient time to adequately discuss PSR objections, addendums, and options for sentencing with the Defendant prior to the sentencing hearing on February 28.

The government is not opposed to this continuance. Therefore, Defendant respectfully requests that his sentencing hearing be continued for at least 30 days.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

1