**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00075-2 |
| | ) | Chief Judge Haynes |
| JOSE EDUARDO RAMIREZ-RICO | ) | |
| a/k/a JUAN ALVAREZ GARCIA | ) | |

**ORDER**

The sentencing hearing is set in this action for **Friday, April 11, 2014 at 3:00 p.m.**, in the

United States Courthouse in Nashville, Tennessee. By **Friday, April 4, 2014,** counsel shall submit

their memoranda, response and/or reply as well as the number of witnesses to be called and the

expected length of the hearing. Failure to comply with this deadline may result in the resetting of the

sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the ___4th___ day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge